# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF MISSOURI

# SOUTHERN DIVISION

**IN RE:**

**NEAL MEATS LLC**

**EIN: 85-2573515**

**4316 E Whitehall**

**Springfield, MO 65809**

Debtor.

# VOLUNTARY PETITION FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY

## CHAPTER 11

**Case No.:** _____

**Judge:** _____

## OFFICIAL FORM 201 - VOLUNTARY PETITION

1. **Debtor's Name**: Neal Meats LLC
2. **All other names debtor used in the last 8 years**: N/A
3. **Debtor's federal Employer Identification Number (EIN)**: 85-2573515
4. **Debtor's address:**
   **Principal place of business:**
   1256 Winningham Rd
   Seymour, MO 65746
   **Mailing address, if different from principal place of business:**
   4316 E Whitehall
   Springfield, MO 65809
   **Location of principal assets, if different from principal place of business:**

1256 Winningham Rd
Seymour, MO 65746

5. **Debtor's website (URL):** N/A

6. **Type of debtor:**
   - ☒ Limited Liability Company (LLC)
   - ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other

7. **Describe debtor's business:**
   - ☒ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
   - ☐ Railroad as defined in 11 U.S.C. § 101(44)
   - ☐ Stockbroker as defined in 11 U.S.C. § 101(53A)
   - ☐ Commodity Broker as defined in 11 U.S.C. § 101(6)
   - ☐ Clearing Bank as defined in 11 U.S.C. § 781(3)
   - ☐ None of the above

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. Check all that apply:
     - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ☐ Yes
   - ☒ No

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ Yes

**Page 2**

– ☒ No

11. **Why is the case filed in THIS DISTRICT?**
   - ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
   - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** ☐ No

13. **Debtor's estimation of available funds**
   - ☒ Funds will be available for distribution to unsecured creditors.
   - ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**
   - ☒ 1-49
   - ☐ 50-99
   - ☐ 100-199
   - ☐ 200-999
   - ☐ 1,000-5,000
   - ☐ 5,001-10,000
   - ☐ 10,001-25,000
   - ☐ 25,001-50,000
   - ☐ 50,001-100,000
   - ☐ More than 100,000

15. **Estimated assets**
   - $1,000,001-$10 million

16. **Estimated liabilities**
   - ☐ $0-$50,000
   - ☐ $50,001-$100,000
   - ☐ $100,001-$500,000
   - ☐ $500,001-$1 million
   - ☒ $1,000,001-$10 million
   - ☐ $10,000,001-$50 million
   - ☐ $50,000,001-$100 million
   - ☐ $100,000,001-$500 million
   - ☐ $500,000,001-$1 billion
   - ☐ $1,000,000,001-$10 billion
   - ☐ $10,000,000,001-$50 billion
   - ☐ More than $50 billion

## REQUEST FOR RELIEF, DECLARATION, AND SIGNATURES

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____7/20/25_____ [MM/DD/YYYY]

X _____

Signature of authorized representative of debtor

Printed name _____William Neal_____

## OFFICIAL FORM 204 - LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (trade debt, bank loan, etc.) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim (if secured, also state value of security) |

Forge & Build O LLCPO Box 669543Dallas, TX 75266-0516 | | Trade Debt | | $20,000.00 |

## SCHEDULE A/B: ASSETS - REAL AND PERSONAL PROPERTY

### Part 1: Cash and cash equivalents

**1. Cash on hand**

$0.00

**2. Deposits of money**

| Financial Institution | Type of Account | Last 4 digits of account number | Current value |
|---|---|---|---|
| Old Missouri Bank | Business Checking | 0628 | $216.87 |
| Branson Bank | Business Checking | 3861 | $32.21 |
| Bank of America | Business Checking | 6257 | -$670.00 |

**3. Other cash equivalents**

None

### Part 2: Deposits and Prepayments

**4. Security deposits**

None

**5. Prepayments**

None

### Part 3: Accounts receivable

**6. Accounts receivable**

None

### Part 4: Investments

**7. Deposits and prepayments**

None

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

None

**9. Total of Part 2**

$0.00

**Part 5: Inventory, excluding agriculture assets**

**10. Does the debtor have any inventory?**

No

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

**11. Does the debtor own or lease any farming and fishing-related assets?**

No

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

**12. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

No

**Part 8: Machinery, equipment, and vehicles**

**13. Does the debtor own or lease any machinery, equipment, or vehicles?**

Yes, equipment $645,000.00

**Part 9: Real property**

**14. Does the debtor own or lease any real property?**

Yes

**15. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used | Current value of debtor's interest |

1256 Winningham Rd Seymour, MO 65746 Legal description in Exhibit "A" | Fee simple | Unknown | Appraisal | $2,400,000.00 |

4710 Hwy AMacomb, MO 65702Legal description in Exhibit "B" | Fee simple | Unknown | Appraisal | $834,000.00 |

**16. Total of Part 9**

$3,234,000.00

## Part 10: Intangibles and intellectual property

**17. Does the debtor have any interests in intangibles or intellectual property?**

No

## Part 11: All other assets

**18. Does the debtor have any other assets that have not yet been reported on this form?**

No

## Part 12: Summary

**19. Cash, cash equivalents, and financial assets**

$-421.92

**20. Real property**

$3,234,000.00

**21. Total of all property on Schedule A/B**

$3,878,578.08

# SCHEDULE D: CREDITORS WHO HAVE CLAIMS SECURED BY PROPERTY

Creditor's name and mailing address | Date claim was incurred | Basis for perfection | Value of collateral that supports this claim | Amount of claim | Unsecured portion |

Branson Bank 1501 State Hwy 248 Branson, MO 65616 | 02.21.2025 | Mortgage | $3,878,578.08| $2,224,761.91 |

Seymour Bank119 N Main St Seymour, MO 65746 | | Mortgage | $834,000 | $273,899| $0.00 |

Webster County Collector 101 S. Crittenden Str room 15 Marshfield, Mo 65706 | 06.01.2025 | Property Tax | $5,293.99

# SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

Creditor's name and mailing address | Date claim was incurred | Basis for the claim | Amount of claim |

Forge & Build O LLCPO Box 669543 Dallas, TX 75266-0516 | | Trade Debt | $20,000.00 |

Branson Bank 1501 State Hwy 248 Branson, MO 65616 | 02.21.2025 | Disputed Deficiency on secured claim | $231,965.25 |

Darling Inc 947 Clay hill Rd Billings, Mo 65610 | | Disputed Services | $3800

## SCHEDULE G: EXECUTORY CONTRACTS AND UNEXPIRED LEASES

None

## SCHEDULE H: CODEBTORS

None

## STATEMENT OF FINANCIAL AFFAIRS FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY

**Part 1: Income**

**1. Gross revenue from business**

Source of revenue | Gross revenue (before deductions and exclusions) |

|——————————|—————————————————————|

Operating a business | $0.00 (business not currently operating) |

**2. Non-business revenue**

None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

### 3. Certain payments or transfers to creditors within 90 days before filing this case

Creditor's name and mailing address | Basis for the payment | Amount paid |

Seymour Bank 119 N Main St, Seymour, MO 65746 | Mortgage | $4,497.21

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

None

### 5. Foreclosures

Creditor's name and mailing address | Property address | Case Number | Sale Date | County |

Branson Bank 1501 State Hwy 248 Branson, MO 65616 | 1256 and 1258 Winningham Rd, Seymour Mo 65746 | Attachment A | 07.22.2025 | Webster County |

Branson Bank 1501 State Hwy 248 Branson, MO 65616 | 4710 Hwy A, Macomb MO 65702| Attachment B | 07.23.2025 | Wright County |

### 6. Setoffs

None

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

Creditor's name and mailing address lawsuit has been filed against | Property address | Case Number | County

Branson Bank 1501 State Hwy 248 Branson, MO 65616 | 1256 and 1258 Winningham Rd, Seymour Mo 65746 | 2546-CC00114 - NEAL MEATS LLC ET AL V BRANSON BANK ET AL | Taney County |
Branson Bank 1501 State Hwy 248 Branson, MO 65616 | 4710 Hwy A, Macomb MO 65702| 2546-CC00114 - NEAL MEATS LLC ET AL V BRANSON BANK ET AL | Taney County |

### 8. Assignments and receivership

None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case**

None

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

None

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

None

**12. Self-settled trusts of which the debtor is a beneficiary**

None

**13. Transfers not already listed on this statement**

None

## Part 7: Previous Locations

**14. Previous addresses**

None

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Not applicable

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

No

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

No

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

None

**19. Safe deposit boxes**

None

**20. Off-premises storage**

None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

None

## Part 12: Details About Environmental Information

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**

No

**23. Has the debtor notified any governmental unit of any release of hazardous material?**

No

## Part 13: Details About the Debtor's Business or Connections to Any Business

**24. Other businesses in which the debtor has or has had an interest**

None

**25. Other businesses in which the debtor has or has had an interest**

None

**26. Books, records, and financial statements**

Tax Returns 2022 and 2023 Included

**27. Inventories**

None

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case**

William Neal Member

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

No

**30. Payments, distributions, or withdrawals credited or given to insiders**

None

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

No

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

No


## DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the authorized representative of Neal Meats LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on: 7/20/25 [MM/DD/YYYY]

X _William Neal_

Signature of authorized representative of debtor


Printed name William Neal


Title Member

Recorded in Webster County, Missouri

**Date and Time: 06/18/2025 at 03:28:16 PM**
**Instrument Number: 2025003024**
**Book: 2025      Page: 3024**

(A)

**Page Count: 5**
**Recording Fee:    $36.00 S**

*Stacy Atkison, Recorder of Deeds*

(SEAL — RECORDER OF DEEDS WEBSTER COUNTY MO)

*Electronically Recorded*

---

Title of Document:      Second Continuance of Successor Trustee's Sale

Date:      June /.(', 2025

Grantor(s):      Neal Meats, LLC

Grantee(s):      Lee J. Viorel, III, Lowther Johnson, Attorneys at Law, LLC,
trustee for Branson Bank
Main 248 Location
1501 St. Hwy 248
Branson, MO 65616

Mailing Address:      PLEASE MAIL TO:
Grantee:
Lee J. Viorel, III
c/o Lowther Johnson, Attorneys at Law, LLC
901 St. Louis Street, 20th Fl.
Springfield, MO 65806

Legal Description:      See Exhibit "A".

Reference Book and Page(s):      Continuance of Successor Trustee's Sale recorded in Webster
County, Missouri on May 21, 2025 in Book 2025 at Page
2475 as Instrument # 2025002475 (Deed of Trust recorded in
Webster County, Missouri on November 9, 2022 in Book
2022 at Page 6607 as Instrument # 2022006607)

1

**<u>SECOND CONTINUANCE OF FORECLOSURE SALE WITHOUT REPUBLICATION</u>**
**<u>BY AGREEMENT OF OWNER AND BANK</u>**

The undersigned, hereby agree to the second continuance of the pending foreclosure sale pursuant to R.S.Mo. §443.355 by agreement and without republication, so that the Successor Trustee, Lee J. Viorel, III, pursuant to a Notice of Successor Trustee's Sale for default in the payment of principal and interest now past due on a certain promissory note dated November 8, 2022 secured by a deed of trust dated November 8, 2022 signed by William Neal, member, Neal Meats, LLC, which was recorded on November 9, 2022 in Book 2022 at Page 6607 as Instrument # 2022006607 in the Office of the Recorder of Deeds of Webster County, Missouri, which said sale was to be held at 1:00 p.m. at the East Front Door of the Webster County Courthouse, located at 101 South Crittenden Street, in the City of Marshfield, Missouri, on Friday, May 23, 2025 and continued to June 24, 2025 by Continuance of Successor Trustee's Sale dated May 21, 2025 recorded May 21, 2025 in Book 2025 at Page 2475 as Instrument # 2025002475.

The parties hereby agree and expressly state that the sale shall be continued under the same terms as were specified in the published Notice, which included and are not limited to selling the property at public vendue to the highest bidder for cash for the property described therein and attached hereto as Exhibit "A", and Lee J. Viorel is authorized to announce that the sale is hereby continued to **Tuesday, July 22, 2025, at 1:00 p.m. at the East Front Door of the Webster County Courthouse, located at 101 South Crittenden Street, in the City of Marshfield, Missouri, upon the same terms as previously published and without readvertisement.** This announcement may be recorded.

NEAL MEATS, LLC

By: _____
    William Neal, Member

STATE OF MISSOURI          )
                           )   ss.
COUNTY OF GREENE           )

On this 18th day of June, 2025, before me personally appeared William Neal, to me personally known, who being duly sworn, did say that he is the Member of Neal Meats, LLC, and that the said instrument was signed in behalf of Neal Meats, LLC, by authority of its Member, and the said William Neal acknowledged said instrument to be the free act and deed of said company.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year first above written.

_____ Notary Public
[Printed Name]  M Johnson

My Commission Expires:

M JOHNSON
Notary Public -- Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Aug. 30, 2026
Commission #12382440

KOBE CLUB, LLC

By: _____
William Neal, Member

STATE OF MISSOURI              )
                               )     ss.
COUNTY OF GREENE               )

On this 18th day of June, 2025, before me personally appeared William Neal, to me personally known, who being duly sworn, did say that he is the Member of Kobe Club, LLC, and that the said instrument was signed in behalf of Kobe Club, LLC, by authority of its Member, and the said William Neal acknowledged said instrument to be the free act and deed of said company.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year first above written.

```
M JOHNSON
Notary Public – Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Aug. 30, 2026
Commission #12382440
```

My Commission Expires:

_____ Notary Public
M JOHNSON
[Printed Name]

_____
William Neal, Guarantor

STATE OF MISSOURI              )
                               )     ss.
COUNTY OF GREENE               )

On this 18th day of June, 2025, before me personally appeared William Neal, to me known to be the person described in and who executed the foregoing instrument, and acknowledge that he executed the same as his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year first above written.

```
M JOHNSON
Notary Public – Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Aug. 30, 2026
Commission #12382440
```

_____ Notary Public
M JOHNSON
[Printed Name]

My Commission Expires:

3

BRANSON BANK

By: _____
Greg Baker, Senior Vice President

STATE OF MISSOURI          )
                           )      ss.
COUNTY OF TANEY)

On this 16th day of June, 2025, before me personally appeared Greg Baker, to me personally known, who being first duly sworn, did say that he is the Senior Vice President of Branson Bank, Missouri (the "Corporation"), that the said instrument was signed on behalf of the Corporation by authority of its board of directors and the said Greg Baker acknowledged said instrument to be the free act and deed of the Corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, at my office in Branson, Taney County, Missouri, the day and year first above written.

_____
Lynette D VanGundy, Notary Public
[Printed Name]

My Commission Expires: 11-13-28

LYNETTE D VAN GUNDY
Notary Public - Notary Seal
State of Missouri
Stone County
Commission # 15284372
My Commission Expires Nov. 13, 2028

4

## EXHIBIT "A"

TRACT I:
THE E 1/2 OF THE SW 1/4 OF THE NW 1/4 AND THE E 1/2 OF THE NW 1/4 OF THE SW 1/4 OF SECTION 22, TOWNSHIP 29, RANGE 17. SUBJECT TO ROADWAY OF RECORD, WEBSTER COUNTY, MISSOURI. EXCEPT THE WEST 6 FEET, THEREOF.
AND
A TRACT OF LAND BEING A PART OF SECTION 22, TOWNSHIP 29, RANGE 17, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: ALL OF THE WEST 224.10 FEET OF THE E 1/2 OF THE SW 1/4, LYING SOUTH OF THE CENTERLINE OF GENTRY ROAD, (AS IT EXISTS ON JULY 20, 2009). SUBJECT TO THAT PART TAKEN, DEEDED OR USED FOR ROAD PURPOSES ON THE NORTH SIDE. ALL IN WEBSTER COUNTY, MISSOURI.

TRACT II:
THE EASEMENT CREATED BY DOCUMENT RECORDED IN BOOK 95, PAGE 1540, BEING AN INGRESS AND EGRESS EASEMENT ACROSS THE SOUTH 24 FEET OF THE W 1/2 OF THE NW 1/4 OF THE SW 1/4 OF SECTION 22, TOWNSHIP 29, RANGE 17. ALL BEING IN WEBSTER COUNTY, MISSOURI.

which has the address of 1256 Winningham Rd., Seymour, MO 65746.

5

Recorded in Wright County, Missouri



**Recording Date/Time: 06/23/2025** at **12:28:45 PM**

**Book:   326        Page: 9455**

Instr #:   202501479

**Pages:   5**
**Fee:     $36.00 S 20250002198**

LOWTHER JOHNSON ATTORNEYS AT LAW LLC

SEAL

Amanda Hoffman
Recorder of Deeds

---

Title of Document:   Second Continuance of Successor Trustee's Sale

Date:                June 11, 2025

Grantor(s):          William Neal and Yuliya Neal,
                     husband and wife

Grantee(s):          Lee J. Viorel, III, Lowther Johnson, Attorneys at Law, LLC,
                     trustee for Branson Bank
                     Main 248 Location
                     1501 St. Hwy 248
                     Branson, MO 65616

Mailing Address:     PLEASE MAIL TO:
                     Grantee:
                     Lee J. Viorel, III
                     c/o Lowther Johnson, Attorneys at Law, LLC
                     901 St. Louis Street, 20th Fl.
                     Springfield, MO 65806

Legal Description:   See Exhibit "A".

Reference Book and Page(s):  Continuance of Successor Trustee's Sale recorded Wright County,
                     Missouri on May 21, 2025 in Book 326 at Page 9139 as Instrument
                     # 202501156 (Deed of Trust Recorded in Wright County on
                     September 17, 2024 in Book 326 at Page 7109 as Instrument #
                     202402121)

1

## SECOND CONTINUANCE OF FORECLOSURE SALE WITHOUT REPUBLICATION
## BY AGREEMENT OF OWNER AND BANK

The undersigned, hereby agree to the second continuance of the pending foreclosure sale pursuant to R.S.Mo. §443.355 by agreement and without republication, so that the Successor Trustee, Lee J. Viorel, III, pursuant to a Notice of Successor Trustee's Sale for default in the payment of principal and interest now past due on a certain promissory note dated August 30, 2024 secured by a deed of trust dated August 30, 2024 signed by William Neal and Yuliya Neal, husband and wife, which was recorded on September 17, 2024 in Book 326 at Page 7109 as Instrument # 202402121 in the Office of the Recorder of Deeds of Wright County, Missouri, which said sale was to be held at 1:00 p.m. at the East Front Door, Wright County Courthouse, located at 125 Court St., City of Hartville, Missouri, on Thursday, May 22, 2025 and continued to June 23, 2025 by Continuance of Successor Trustee's Sale dated May 21, 2025 recorded May 21, 2025 in Book 326 at Page 9139 as Instrument # 202501156.

The parties hereby agree and expressly state that the sale shall be continued under the same terms as were specified in the published Notice, which included are and are not limited to selling the property at public vendue to the highest bidder for cash for the property described therein and attached hereto as Exhibit "A", and Lee J. Viorel is authorized to announce that the sale is hereby continued to **Wednesday, July 23, 2025, at 1:00 p.m. at the East Front Door, Wright County Courthouse, located at 125 Court St., City of Hartville, Missouri, upon the same terms as previously published and without readvertisement**. This announcement may be recorded.

_____
William Neal

_____
Yuliya Neal

STATE OF MISSOURI      )
                       )   ss.
COUNTY OF GREENE       )

On this 18th day of June, 2025, before me, the undersigned, a Notary Public in and for the county and state, personally appeared **William Neal and Yuliya Neal, husband and wife**, to me known to be the persons described in and who executed the above instrument, and that the facts recited herein are true and correct.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year first above written.

```
M JOHNSON
Notary Public – Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Aug. 30, 2026
Commission #12362440
```

_____
Notary Public

My Commission Expires:

2

NEAL MEATS, LLC

By:_____

      William Neal, Member

STATE OF MISSOURI         )
                               )   ss.
COUNTY OF GREENE_____)

On this 18th day of June, 2025, before me personally appeared William Neal, to me personally known, who being duly sworn, did say that he is the Member of Neal Meats, LLC, and that the said instrument was signed in behalf of Neal Meats, LLC, by authority of its Member, and the said William Neal acknowledged said instrument to be the free act and deed of said company.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year first above written.

_____ Notary Public
[Printed Name]

My Commission Expires:

M JOHNSON
Notary Public – Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Aug. 30, 2028
Commission #12382440

KOBE CLUB, LLC

By:_____

      William Neal, Member

STATE OF MISSOURI         )
                               )   ss.
COUNTY OF GRENE_____)

On this 18th day of June, 2025, before me personally appeared William Neal, to me personally known, who being duly sworn, did say that he is the Member of Kobe Club, LLC, and that the said instrument was signed in behalf of Kobe Club, LLC, by authority of its Member, and the said William Neal acknowledged said instrument to be the free act and deed of said company.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year first above written.

_____ Notary Public
[Printed Name]

My Commission Expires:

M JOHNSON
Notary Public – Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Aug. 30, 2028
Commission #12382440

3

BRANSON BANK

By: _____

Greg Baker, Senior Vice President

STATE OF MISSOURI          )
                           )      ss.
COUNTY OF TANEY            )

On this 16ᵗʰ day of June, 2025, before me personally appeared Greg Baker, to me personally known, who being first duly sworn, did say that he is the Senior Vice President of Branson Bank, Missouri (the "Corporation"), that the said instrument was signed on behalf of the Corporation by authority of its board of directors and the said Greg Baker acknowledged said instrument to be the free act and deed of the Corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, at my office in Branson, Taney County, Missouri, the day and year first above written.

_____

Lynette D. VanGundy , Notary Public

[Printed Name]

My Commission Expires: 11·13·28

LYNETTE D VAN GUNDY
Notary Public - Notary Seal
State of Missouri
Stone County
Commission # 15284372
My Commission Expires Nov. 13, 2028

4

## EXHIBIT "A"

THE NE1/4 NE1/4 OF SECTION 20, TOWNSHIP 28, RANGE 14; AND THE SE1/4 SE1/4 OF
SECTION 17, TOWNSHIP 28, RANGE 14 (EXCEPT BEGINNING AT THE NE CORNER OF
SAID SE1/4 SE1/4 THENCE SOUTH 190 FEET; THENCE WEST 225 FEET; THENCE SOUTH
60 FEET; THENCE WEST 210 FEET; THENCE NORTH 210 FEET; THENCE EAST 210 FEET;
THENCE NORTH 40 FEET; THENCE EAST 255 FEET TO THE PLACE OF BEGINNING);
COMMENCING 40 FEET SOUTH OF THE NE1/4 SE1/4 SE1/4 OF SECTION 17, TOWNSHIP
28, RANGE 14, THENCE WEST ALONG SOUTH RIGHT-OF-WAY LIEN OF HIGHWAY 60,
256 FEET, MORE OR LESS, TO WESTERN BOUNDARY OF A TRACT OWNED BY R.G.
QUESSENBERRY FOR A TRUE POINT OF BEGINNING; THENCE SOUTH 210 FEET;
THENCE WEST 210 FEET; THENCE NORTH 210 FEET; THENCE EAST 210 FEET TO THE
PLACE OF BEGINNING, ALL IN WRIGHT COUNTY, MISSOURI; THE SW1/4 SE1/4 OF
SECTION 17, TOWNSHIP 28, RANGE 14, ALL IN WRIGHT COUNTY, MISSOURI.

More commonly known as 4710 Hwy A, Macomb, MO 65702.

5